UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO.: 11-33308

REYNOLDS GROUP, LLC

DEBTOR

WAL-MART STORES, INC. and
SAM'S WEST, INC.                                                                          PLAINTIFF

vs.    **COMPLAINT FOR INTERPLEADER**

AMERICAN TRUCKING, INC;

    Serve:  American Trucking, Inc.
            P.O. Box 11099
            Olympia, WA 98508

CASE NO.:  12-_____

BADGER EXPRESS, LLC;

    Serve:  Badger Express, LLC
            181 Quality Court
            Fall River, WI 53932

BAYLOR TRUCKING, INC.;

    Serve:  Baylor Trucking, Inc.
            9269 East State Road 48
            Milan, IN 47031

BIG ROCK TRANSPORTATION, INC.;

    Serve:  Big Rock Transportation, Inc.
            P.O. Box 659
            Mars Hill, ME 04758

CODY EXPRESS, LLC;

    Serve:  Code Express, LLC
             200 Pepper Road
             Easley, SC 29642

DART TRANSIT CO.;

    Serve:  Dart Transit Co.
             P.O. Box 64110
             Saint Paul, MN 55164

FIRST TRUCKING CO.;

    Serve:  First Trucking, Inc.
             9185 Paysphere Circle
             Chicago, IL 60674

GMG EXPRESS, INC.;

    Serve:  GMG Express, Inc.
             P.O. Box 840267
             Dallas, TX 75284

PASCHALL TRUCK LINES, INC.;

    Serve:  Paschall Truck Lines, Inc.
             P.O. Box 1080
             Murray, KY 42071

SARGENT TRUCKING, INC.;

    Serve:  Sargent Trucking, Inc.
             P.O. Box 1080
             Murray, KY 42071

SCOTT LOGISTICS CORP.;

    Serve:  Scott Logistics Corp.
             P.O. Box 391
             Rome, GA 30162

SWIFT TRANSPORTATION, INC.;

    Serve:  Swift Transportation, Inc.
              P.O. Box 643985
              Pittsburgh, PA 15264

TRANSCORE COMMERCIAL SERVICES;

    Serve:  Transcore Commercial Services
              P.O. Box 8500
              Philadelphia, PA 19178

TRANSPLACE TEXAS LP;

    Serve:  Transplace Texas LP
              P.O. Box 90405
              Chicago, IL 60696

TRANSPORT CORP. OF AMERICA;

    Serve:  Transport Corp. of America
              4868 Paysphere Circle
              Chicago, IL 60674

US EXPRESS, INC. C/O SUNTRUST BANK; AND

    Serve:  US Express, Inc. c/o Suntrust Bank
              P.O. Box 116058
              Atlanta, GA 30368

MICHAEL E. WHEATLEY, TRUSTEE                              DEFENDANTS

    Serve:  Neil Charles Bordy
              Seiller Waterman LLC
              2200 Meidinger Tower
              462 South 4th Street
              Louisville, KY 40202

Wal-Mart Stores, Inc. and Sam's West, Inc., by counsel, for their Complaint for Interpleader, state as follows:

**PARTIES**

1. Wal-Mart Stores, Inc. is a corporation organized under the laws of Delaware with its principal place of business in Bentonville, Arkansas.

2. Sam's West, Inc. is an Arkansas corporation with its principal place of business located in Bentonville, Arkansas.

3. American Trucking, Inc. is a creditor in United States Bankruptcy Court, Western District of Kentucky, Louisville Division Case No. 11-33308, *In Re Reynolds Group, LLC* ("Bankruptcy Action ").

4. Badger Express, LLC is a creditor in the Bankruptcy Action.

5. Baylor Trucking, Inc. is a creditor in the Bankruptcy Action.

6. Big Rock Transportation, Inc. is a creditor in the Bankruptcy Action.

7. Cody Express, LLC is a creditor in the Bankruptcy Action.

8. Dart Transit Co. is a creditor in the Bankruptcy Action.

9. First Trucking, Inc. is a creditor in the Bankruptcy Action.

10. GMG Express, Inc. is a creditor in the Bankruptcy Action.

11. Paschall Truck Lines, Inc. is a creditor in the Bankruptcy Action.

12. Sargent Trucking, Inc. is a creditor in the Bankruptcy Action.

13. Scott Logistics Corp. is a creditor in the Bankruptcy Action.

14. Swift Transportation, Inc. is a creditor in the Bankruptcy Action.

15. Transcore Commercial Services is a creditor in the Bankruptcy Action.

16. Transplace Texas, LP is a creditor in the Bankruptcy Action.

17. Transport Corp. of America is a creditor in the Bankruptcy Action.

18. US Express, Inc. c/o Suntrust Bank is a creditor in the Bankruptcy Action.

19. Those Defendants named in paragraph 3 through 18 are collectively defined as "Carrier Defendants".

20. Michael E. Wheatley is the duly appointed and acting Chapter 7 Trustee in the Bankruptcy Action.

## JURISDICTION AND VENUE

21. This Court has subject matter jurisdiction over this interpleader action pursuant to Rule 22 Fed.R.Civ.P., 28 U.S.C. §1335, 28 U.S.C. §157, 28 U.S.C. and §1334.

22. This is a core proceeding.

23. Venue in this Court is proper pursuant to 11 U.S.C. §1408.

## CAUSE OF ACTION IN INTERPLEADER

24. Wal-Mart and Sam's West contracted with Reynolds Group, LLC for the purpose of arranging motor carrier transportation of freight ("Shipping Services"), for the benefit of Wal-Mart and Sam's West.

25.     Pursuant to the foregoing arrangement, Reynolds Group, LLC would directly contract with various carriers to provide Shipping Services for Wal-Mart and Sam's West.

26.     On information and belief, each of the named Carrier Defendants contracted with Reynolds Group, LLC to provide Shipping Services for Wal-Mart and Sam's West.

27.     Neither Wal-Mart nor Sam's West have any contractual liability with any of the Carrier Defendants for such Shipping Services.

28.     Wal-Mart and Sam's West, collectively, owe Reynolds Group, LLC the sum of $75,550.23 for Shipping Services provided to Wal-Mart and Sam's West.

29.     Wal-Mart and Sam's West are now, and at all time have been ready, to pay $75,550.23 to the entities entitled to such amounts, but believes there are conflicting claims to such amounts by Reynolds Group, LLC and the Carrier Defendants.

30.     Wal-Mart and Sam's West are mere stakeholders in the controversy between the Defendants herein, except to recover their attorneys fees and costs of this action, and have no means of definitely asserting the facts of the respective Defendants' potential or actual claims to the foregoing amount.  Wal-Mart and Sam's West cannot pay over the said amount of $75,550.23, [a] without taking upon itself the responsibility determining doubtful questions of law and of fact arising out of the matters herein before mentioned, [b] without incurring the risk of being subject to costs and defending itself in a multiplicity of suits, and [c] without a possible double liability of payment due by it should it finally appear that Wal-Mart and Sam's West had wrongfully determined in favor of one

or more Defendants at the expense of another. Wal-Mart and Sam's West have possession and custody of the sum of $75,550.23 and will deposit such sum in the Registry of this Court, there to abide the judgment of this Court.

31. Wal-Mart and Sam's West have been called upon to retain the service of counsel for the purpose of protecting its interests and the interests of the respective claimants arising out of the conflicting claims of the Defendants herein, and thereby will be called upon to pay counsel for the services rendered by them in that regard, for depositing the funds into Court, and for prosecuting this interpleader action. All of such sums of money should be a legal charge upon the money to be paid in to the Registry of this Court, and such expenses as Wal-Mart and Sam's West have incurred and will incur should be paid to it out of such money.

32. Wal-Mart and Sam's West have not colluded and do not collude with any Defendant touching the matter in controversy in this action and have not asked and do not ask for any relief herein at the request of any Defendant but solely of their free will to avoid any injury as herein set for.

WHEREFORE, the Plaintiffs Wal-Mart and Sam's West demand:

A. That Summons be issued and served upon the Defendants in interpleader;

B. That Defendants be required to interplead and to settle amongst themselves their respective rights or claims to the said $75,550.23, which Wal-Mart and

   Sam's West are ready, willing and able to deposit into the Registry of this Court;

C. That this Court shall hear the case and determine the person or persons legally entitled to receive such sum of $75,550.23 and discharge Wal-Mart and Sam's West from further liability or obligation to the Defendants or any of them arising out of or by virtue of said Shipping Services;

D. That this Court enter final judgment [1] that Wal-Mart and Sam's West be relieved and discharged from any and all further liability or obligation (a) to the Defendants American Trucking, Inc., Badger Express, LLC, Baylor Trucking, Inc., Big Rock Transportation, Inc., Cody Express, LLC, Dart Transit Co., First Trucking Co., GMG Express, Inc., Paschall Truck Lines, Inc., Sargent Trucking, Inc., Scott Logistics Corp., Swift Transportation Corp., Transcore Commercial Services, Transplace Texas LP, Transport Corp. of America, US Express, Inc. c/o Suntrust Bank, and Michael E. Wheatley, Trustee, on behalf of Reynolds Group, LLC, arising out of or by virtue of the Shipping Services, and (b) in connection with the said fund of $75,550.23 which expressly determines [i] there is no just reason for delay, [ii] recites such determination, and [iii] recites it is final and expressly directly entry of such judgment;

E. That Wal-Mart and Sam's West be awarded out of the benefits deposited in the Registry of the Court, the costs and reasonable attorney's fees incurred

        by it in connection with bringing this action and depositing the funds into Court, and all other necessary items and expenses in connection with prosecuting the action through discharge of Wal-Mart and Sam's West in interpleader; and

F.    That Wal-Mart and Sam's West have any and all other relief to which it may be entitled.

        Respectfully submitted,

        */s/ John P. Brice*
        John P. Brice
        Daniel I. Waxman
        WYATT, TARRANT & COMBS, LLP
        250 West Main Street, Suite 1600
        Lexington, Kentucky  40507-1746
        Phone: (859) 233-2012
        Fax:    (859) 259-0649
        Email:  Lexbankruptcy@wyattfirm.com

        *COUNSEL FOR WAL-MART STORES, INC. AND SAM'S WEST, INC.*

60147223.1