UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**REYNOLDS GROUP LLC**

    Debtor(s)                                                            CASE NO. **11-33308 (2)**

**WAL-MART STORES, INC. AND**            CHAPTER 7
**SAM'S WEST, INC.**

    Plaintiff(s)                                                  AP NO. **12-3028**

vs.

**AMERICAN TRUCKING, INC., BADGER
EXPRESS, LLC, BAYLOR TRUCKING, INC.,
BIG ROCK TRANSPORTATION, CODY
EXPRESS, LLC, DART TRANSIT CO., FIRST
TRUCKING, INC., GMG EXPRESS, INC.,
PASCHALL TRUCK LINES, INC. SARGENT
TRUCKING, INC., SCOTT LOGISTICS CORP.,
SWIFT TRUCKING TRANSPORTATION, INC.
TRANSCORE COMMERCIAL SERVICES,
TRANSPORT CORP. OF AMERICA, US EXPRESS, INC.,
AND MICHAEL E. WHEATLEY**

    Defendant (s)

**ORDER**

      THIS MATTER having come before the Court on May 31, 2012, for hearing on the Motion to Strike Demand for Attorney Fees filed by Michael E. Wheatley. The Court having considered statements of James E. McGhee, III, counsel for Michael E. Wheatley, John P. Brice, counsel for Sam's West, Inc., and of Lisa Koch Bryant, counsel for Citizens Union Bank of Shelbyville, Inc., and being otherwise sufficiently advised,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Strike

Demand for Attorney Fees filed by Michael E. Wheatley be, and hereby is, **DENIED** without prejudice.

Thomas H. Fulton
United States Bankruptcy Judge

Dated: May 31, 2012

ame