UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CASE NO.: 11-33308

REYNOLDS GROUP, LLC

DEBTOR

WAL-MART STORES, INC. and
SAM'S WEST, INC.                                                                 PLAINTIFF

vs.

AMERICAN TRUCKING, INC; BADGER
EXPRESS, LLC; BAYLOR TRUCKING, INC.;
BIG ROCK TRANSPORTATION, INC.;                         ADV. PROC. NO.: 12-03028
CODY EXPRESS, LLC; DART TRANSIT CO.;
FIRST TRUCKING CO.; GMG EXPRESS, INC.;
PASCHALL TRUCK LINES, INC.; SARGENT
TRUCKING, INC.; SCOTT LOGISTICS CORP.;
SWIFT TRANSPORTATION, INC.;
TRANSCORE COMMERCIAL SERVICES;
TRANSPLACE TEXAS LP; TRANSPORT CORP.
OF AMERICA; US EXPRESS, INC.;
MICHAEL E. WHEATLEY, TRUSTEE;
BAXTER BAILEY INVESTMENTS, LLC; AND
POWERS & STINSON, INC.                                                         DEFENDANTS

## AGREED JUDGMENT AND ORDER

Plaintiffs Wal-Mart Stores, Inc. and Sam's West, Inc. (collectively "Wal-Mart"),

having filed this action for interpleader on March 22, 2012; Wal-Mart having filed its First

Amended Complaint on July 18, 2012; the Court having entered that Agreed Order

establishing the amount that Wal-Mart is to pay to Michael E. Wheatley, Chapter 7 Trustee ("Trustee"), in satisfaction of their obligations under Rule 22 Fed.R.Civ.P., 28 U.S.C. §1335, 28 U.S.C. §157, and 28 U.S.C. §1334; Wal-Mart having paid such sum to the Trustee ("Interpleaded Amount"); all parties having any claim to the Interpleaded Amount having been served with process; only U.S. Xpress, Inc. having voluntarily been dismissed by order entered July 31, 2012; the Trustee and Wal-Mart being in agreement; and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Wal-Mart Stores, Inc. and Sam's West, Inc. have satisfied all obligations owed by them to Reynolds Group, LLC, and all claims of Reynolds Group, LLC, and the Trustee against Wal-Mart Stores, Inc. and Sam's West, Inc., are hereby dismissed with prejudice.

2. Any and all claims of the following defendants against Wal-Mart Stores, Inc. and Sam's West, Inc. for any motor carrier transportation of freight arranged by, or contracted with or through, Reynolds Group, LLC are barred, and Wal-Mart Stores, Inc. and Sam's West, Inc. are discharged and relieved from any liability or obligation to any of the following, or their transferees or assigns:

>American Trucking, Inc.
>Badger Express, LLC
>Baylor Trucking, Inc.
>Big Rock Transportation, Inc.
>Cody Express, LLC
>Dart Transit Co.
>First Trucking Co.

       GMG Express, Inc.
       Paschall Truck Lines, Inc.
       Sargent Trucking, Inc.
       Scott Logistics Corp.
       Swift Transportation Corp.
       Transcore Commercial Services
       Transplace Texas LP
       Transport Corp. of America
       US Express, Inc.
       Baxter Bailey Investments, LLC
       Powers & Stinson, Inc.
       Michael E. Wheatley, Trustee, on behalf of Reynolds Group, LLC

3. The Interpleaded Amount shall be distributed by the Trustee in the main case, *In Re Reynolds Group, LLC*, Case No. 11-33308, United States Bankruptcy Court, Western District of Kentucky, Louisville Division.

4. Wal-Mart is entitled to recover its filing fee paid in connection with the Adversary Proceeding from the Interpleaded Amount.

To be entered:


*/s/ John P. Brice*
John P. Brice
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone: 859.233.2012
Facsimile: 859.259.0649
Email:  Lexbankruptcy@wyattfirm.com
*COUNSEL FOR WAL-MART STORES, INC.*
*AND SAM'S WEST, INC.*

*/s/ Neil Charles Bordy*
Neil Charles Bordy
Seiller Waterman LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
Telephone:   502.584.7400
Facsimile:   502.583.2100
Email:  bordy@derbycitylaw.com
*COUNSEL FOR MICHAEL E. WHEATLEY,*
*CHAPTER 7 TRUSTEE*

60233160.2